C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Robert A. Hibble, II         )
                                    )         **MOTION**
                                    )         **CHAPTER 13**
                                    )
                                    )         No: B-10-81809 C-13D
                                    )
                    Debtor(s)       )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Standing Trustee's office has contacted the Debtor regarding delinquent payments and the Debtor has not responded.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Plan for nonpayment.

Date: March 9, 2011                                    s/Richard M. Hutson, II
RMH:ej                                                 Standing Trustee

---

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on April 14, 2011, at 12:00 p.m., at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: March 9, 2011                                    OFFICE OF THE CLERK
                                                       U.S. Bankruptcy Court

## PARTIES TO BE SERVED
## PAGE 1 OF 1
## 10-81809 C-13D

Robert A. Hibble, II
22120 Bundy St.
Wagram, NC 28396

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702